# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMA THOMPSON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>JEFF SESSIONS,<br><br>    Defendant(s). | Case No. 2:16-cv-01533-GMN-VCF<br><br>ORDER |

Pending before the Court is Plaintiff's unopposed motion to continue the Early Neutral Evaluation ("ENE") currently scheduled for March 2, 2017 to a date after June 6, 2017. Docket No. 16. Plaintiff's counsel is an elected State Senator and is therefore unavailable until after June 6, 2017. *Id.* at 1.

Early Neutral Evaluations should occur "early" on in the litigation. The Local Rules provide that an ENE should generally occur within 90 days of the defendant's first appearance in the case. LR 16-6(d). Here, Defendant first appeared on December 15, 2016. Docket No. 7. Given the posture of the case and the inability to schedule the ENE during the preliminary phases of the case, the Court determines that holding an ENE is not feasible in this case.

Accordingly, the Court hereby **VACATES** the ENE in this case and **DENIES** Plaintiff's motion to continue the ENE as moot. Docket No. 16. The Clerk's Office is instructed to remove the ENE flag from this case and remove the undersigned from the docket as the settlement judge.

IT IS SO ORDERED.

DATED: February 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge