STEVEN W, MYHRE
Acting United States Attorney
District of Nevada

LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMA THOMPSON, | Case No: 2:16-cv-01533-GMN-VCF |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JEFFERSON B. SESSIONS III, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-captioned case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 30th day of June 2017.

| | |
|---|---|
| LAW OFFICE OF RICHARD SEGERBLOM, LTD | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Richard Segerblom*<br>RICHARD SEGERBLOM, Esq.<br>704 S. Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Lindsy M. Roberts*<br>LINDSY M. ROBERTS<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 1, 2017